IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR05-0308 DLJ |
| Plaintiff, | ) ) | Stipulation and [~~Proposed~~] Order |
| vs. | ) ) | Continuing Date for Entry of Plea from July 8, 2005 to July 15, 2005 |
| LUIS VENEGAS, | ) ) | |
| Defendant. | ) ) ) | |

## STIPULATION

The undersigned parties in this case stipulate:

(1) This matter is set for change of plea on July 8, 2005. The parties are still in the process of negotiating a disposition in this matter, and require an additional week's time for final approval of the plea agreement. The parties request that the matter be continued to July 15, 2005 at 9:00 a.m.

(2) The parties concur that the time between July 8, 2005 and July 15, 2005 should be excluded from the time within which the trial of such offense must commence under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.*; such exclusion is in the interest of justice and for effective preparation by counsel, taking into account the exercise of due diligence, pursuant to 18 U.S.C.

§§ 3161(h)(8)(A) and (B)(iv).

IT IS SO STIPULATED:

DATED: July 6, 2005

       /S/
Shawn Halbert
Assistant Federal Public Defender

DATED: July 6, 2005

       /S/
Kimberly Briggs
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## ORDER

For good cause shown, IT IS HEREBY ORDERED that the date for change of plea in the above-referenced matter is continued from July 8, 2005 at 9:00 a.m. to July 15, 2005 at 9:00 a.m. IT IS FURTHER ORDERED THAT, the period of time between July 8, 2005 and July 15, 2005 is excluded from the time within which the trial of such offense must commence under the Speedy Trial Act; such exclusion being in the interest of justice and for effective preparation by counsel, taking into account the exercise of due diligence, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: July 7, 2005

       [signature]
D. Lowell Jensen
United States District Judge