BARRY J. PORTMAN
Federal Public Defender
HILARY A. FOX
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500
Counsel for Defendant VENEGAS

FILED
OCT 2 1 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>  v.<br><br>LUIS VENEGAS,<br><br>              Defendant. | No. CR05-00308-DLJ<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING DATE<br><br>Date: October 28, 2005<br>Time: 10:00 a.m.<br>Court: Hon. D. Lowell Jensen<br>        U.S. District Court |

      This matter is currently set for sentencing on October 28, 2005. The parties submit this stipulation jointly to request that the matter be continued for one week until November 4, 2005, for the reasons set forth below. Defense counsel was unexpectedly out of the office due to illness from October 10 until 17, and will be out again for a medical procedure on October 21st. Due the these absences, defense counsel requests one additional week to complete sentencing preparations and file a sentencing memorandum on behalf of Mr. Venegas. In light of these circumstances, the government has no objection to the proposed continuance. The Probation Officer has no objection

STIP RE: SENTENCING             - 1 -

1 | and will be available on October 28, 2005.

2 | SO STIPULATED.

3 | Dated:     October 21, 2005

/S/
_____
KIM BRIGGS
Assistant United States Attorney

6 | SO STIPULATED.

7 | Dated:     October 20, 2005     /S/

_____
HILARY A. FOX
Attorney for Defendant Venegas

### SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

Dated: October 21, 2005     /S/

_____
MARILEE BARBEAU
Legal Secretary

### ORDER

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is hereby ORDERED that the sentencing hearing in this matter is continued to Friday, November 4, 2005, at 10:00 a.m.

IT IS SO ORDERED.

Dated: Oct 21, 2005

_____
D. LOWELL JENSEN
United States District Court

STIP RE: SENTENCING                - 2 -